Filed by __TB__ D.C.

Nov 10, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **16-20869-CR-MORENO/O'SULLIVAN**

18 U.S.C. § 2252(a)(2) & (b)(1)
18 U.S.C. § 2252(a)(4)(B) & (b)(2)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

**MARTIN EBENHACK,**

    **Defendant.**
_____/

## INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about August 21, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MARTIN EBENHACK,**

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## COUNT 2

On or about September 16, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MARTIN EBENHACK,**

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## COUNT 3

On or about September 28, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MARTIN EBENHACK,**

did knowingly possess matter, that is, one (1) HP Prodesk Desktop Computer, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve years of age.

### COUNT 4

On or about September 28, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MARTIN EBENHACK,**

did knowingly possess matter, that is, one (1) WD External hard drive, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve years of age.

### FORFEITURE ALLEGATIONS

1.  The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MARTIN EBENHACK,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Information, the defendant, **MARTIN EBENHACK**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, the following property:

(a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such violation;

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violation and any property traceable to such property.

(d) The property which is subject to forfeiture includes, but is not limited to, one (1) HP Prodesk Desktop Computer; and one (1) WD External hard drive.

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 2253(b).

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
CARY O. ARONOVITZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| MARTIN EBENHACK, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____ / | **Superseding Case Information:** |

**Court Division**: (Select One)           New Defendant(s)        Yes ____  No ____
                                           Number of New Defendants  ____
__X__ Miami    ____ Key West              Total number of counts    ____
____ FTL       ____ WPB       ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No___
   List language and/or dialect   _____

4. This case will take    0    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

   I    0 to 5 days      __X__           Petty         _____
   II   6 to 10 days     _____          Minor         _____
   III  11 to 20 days    _____          Misdem.       _____
   IV   21 to 60 days    _____          Felony        __x__
   V    61 days and over _____

6. Has this case been previously filed in this District Court?   (Yes or No)   No___
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes___
   If yes:
   Magistrate Case No.                 16-MJ-03343-PAW
   Related Miscellaneous numbers:      _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the District of         _____
   Is this a potential death penalty case? (Yes or No)    No___

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     Yes _____   No  x__

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    Yes _____   No  x__

_____
CARY O. ARONOVITZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 86425

*Penalty Sheet(s) attached                                                    REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  MARTIN EBENHACK

**Case No:** _____

Counts #: 1 and 2

Receipt of Child Pornography

Title 18, United States Code, Section 2252(a)(2) & (b)(1)

**\*Max. Penalty:**   20 Years' Imprisonment

Counts #: 3 and 4

Possession of Child Pornography

Title 18, United States Code, Section 2252(a)(4)(b) & (b)(2)

**\*Max. Penalty:**   20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Martin Ebenhack, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**Manuel Casabielle**
*Printed name of defendant's attorney*

_____
*Judge's signature*

**Andrea M. Simonton, U.S. Magistrate Judge**
*Judge's printed name and title*