UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20869-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                    **CHANGE OF PLEA MINUTES**

MARTIN EBENHACK,

        Defendant.
_____/

    On February 22, 2017 the above-named defendant appeared in person before the Honorable FEDERICO A. MORENO, United States District Judge, with counsel, Manuel Casabielle, Esq., counsel retained by the Defendant, and said defendant stated in Open Court that he desire to withdraw his plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count ONE of the Information.

    After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

    Whereupon:

    The Court postponed sentencing until May 4, 2017 at 9:30 a.m.

**Court Reporter:** Gilda Pastor-Hernandez    **AUSA:** Cary Aronovitz

**Deputy Clerk:** Shirley Christie    **INTERPRETER:**  N/A

**Court Time:**  28 minutes