UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-20869-FAM

UNITED STATES OF AMERICA

    v.

MARTIN EBENHACK,

    Defendant.

_____/

**NOTICE AS TO RESTITUTION**

    The United States, by and through the undersigned Assistant United States Attorney, hereby files a Notice that it will seek an additional sixty (60) days after sentencing for a restitution hearing pursuant to 18 U.S.C. § 3664(d)(5).

    On April 24, 2017, the National Center for Missing and Exploited Children ("NCMEC") returned a report identifying previously identified victims' from the videos and images at issue in this case. These victims have since been notified of the proceedings by the United States Attorney's Office Victim Witness unit. Given that sentencing is scheduled for May 4, 2017, the United States at sentencing will request an additional sixty (60) days to hold a restitution hearing, which will allow the parties' additional time to resolve any issue in relation to restitution

1

                Respectfully submitted,
                BENJAMIN G. GREENBERG
                ACTING UNITED STATES ATTORNEY

By:  */s/ Cary O. Aronovitz*
      Cary O. Aronovitz
      Assistant United States Attorney
      Florida Bar No. 86425
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9131
      Fax: (305) 530-7976

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice filed on April 28, 2017 via cm/ecf and sent to all counsel of record.

                */s/Cary O. Aronovitz*
                Assistant United States Attorney