UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cr-20869-FAM

UNITED STATES OF AMERICA,

vs.

MARTIN EBENHACK,

        Defendant,
_____/

## AGREED ORDER AS TO RESTITUTION

THIS CAUSE is before the Court for a determination as to the restitution owed by Defendant Martin Ebenhack to recognized victims in this case. Having set this matter for a sentencing and restitution hearing on May 17, 2017, and in consideration of the parties' agreement as to restitution, and being otherwise duly informed, it is hereby

**ORDERED AND ADJUDGED** as follows:

Defendant shall pay $18,000.00 in restitution in this case to nine victims who have made claims, as follows:

1. A payment of $6,000 shall be made to victims "Pia, Mya, and Ava," to Deborah A. Bianco, Esq. in trust for "Pia, Ava, and Mya."

2. A payment of $4,000 shall be made to victims "Sarah," and "Vicky" to Carol L. Hepburn, Esq., in trust for "Sarah," and to Carol L. Hepburn, Esq. in trust for "Vicky."

3. A payment of $8,000 shall be made to victims "Erika, Tori, Jenny, and Casseaopeia," to the Marsh Law Firm PLLC in trust for "Erika and Tori," to the Marsh Law Firm PLLC in trust for "Jenny," and to the Marsh Law Firm PLLC in trust for "Casseaopeia."

4. No additional victim made a restitution claim in this case prior to the Court's holding of the sentencing and restitution hearing on May 17, 2017, and no additional restitution will be ordered.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of May, 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA